NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

JOHNNY DRAWDY,　　　　　　　　　　　)
　　　　　　　　　　　　　　　　　　　　)
　　　　　　　Appellant,　　　　　　　　)
　　　　　　　　　　　　　　　　　　　　)
v.　　　　　　　　　　　　　　　　　　　)　　　　　Case No. 2D17-3988
　　　　　　　　　　　　　　　　　　　　)
STATE OF FLORIDA,　　　　　　　　　　)
　　　　　　　　　　　　　　　　　　　　)
　　　　　　　Appellee.　　　　　　　　 )
_____)

Opinion filed March 7, 2018.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court
for Hillsborough County; Mark Kiser,
Judge.

PER CURIAM.

　　　　　　　Affirmed.  See Hubbard v. State, 773 So. 2d 87 (Fla. 2d DCA 2000); Miffin

v. State, 615 So. 2d 745 (Fla. 2d DCA 1993); Harris v. State, 789 So. 2d 1114 (Fla. 1st

DCA 2001).

NORTHCUTT, LUCAS, and SALARIO, JJ., Concur.